IN RE REGISTRATION FOR CONDOMINIUM CONVERSION
OF PARK RIVER TOWERS.

October 11, 1988.

Petition for certification denied.

KATHLEEN T. WALTON v. CHESTER F. SMITH, D.C. v. MCHUGH
& MACRI.

October 11, 1988.

Petition for certification denied.

GARDEN STATE HOLDING CO. v. E.B. LEONE, ET AL.

October 11, 1988.

Petition for certification denied.